## 29915. CHAMBERS v. BALKCOM.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 20, 1975.

James Horace Chambers, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*